**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Jose Luis Tejeda, | Case No. 24-CV-04343 (JMB/DLM) |
| Petitioner, | |
| v. | **ORDER** |
| Bureau of Prisons, | |
| Respondent. | |

Jose Luis Tejeda, self-represented.

Ann M. Bildtsen, United States Attorneys' Office, Minneapolis, MN, for Respondent Bureau of Prisons.

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Douglas L. Micko dated September 19, 2025. (Doc. No. 10.) The R&R recommends that Petitioner Jose Luis Tejeda's petition for a writ of habeas corpus be denied. (*See id.*) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.      The R&R (Doc. No. 10) is ADOPTED.

2.      The Petition is DENIED.

3.      The Court dismisses this action without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: February 25, 2026                              /s/ *Jeffrey M. Bryan*
                                                     Judge Jeffrey M. Bryan
                                                     United States District Court